IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DUANE JONES,

      Petitioner,

v.                                                                 Case No.  5D17-870

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed May 5, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Duane Jones, Daytona Beach,
Daytona Beach, pro se.

Pamela Jo Bondi, Attorney General
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 22, 2016 order denying Petitioner's pro se motion for postconviction relief filed in Case No. 05-2009-CF-22165-A, in the Circuit Court in and for Brevard County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

ORFINGER, BERGER and WALLIS, JJ., concur.